Submitted December 5, 2014, reversed January 28, 2015

In the Matter of J. L. M.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. L. M.,
*Appellant.*

Multnomah County Circuit Court
14CC01917; A157843

342 P3d 1116

Garrett A. Richardson and Multnomah County Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Michael S. Shin, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing him for a period not to exceed 180 days. ORS 426.130. He assigns error to the trial court's ruling that, because of a mental disorder, he was a danger to himself or was unable to provide for his basic needs. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.